MICHAEL M. EDWARDS
Nevada Bar No. 006281
JENNIFER WILLIS ARLEDGE
Nevada Bar No. 008729
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Michael.Edwards@wilsonelser.com
Jennifer.Arledge@wilsonelser.com
Attorneys for Defendants MYLAN INC.;
MYLAN PHARMACEUTICALS INC.;
AND MYLAN TECHNOLOGIES INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TREVOR IBBOTSON, individually and as Special Administrator of the ESTATE OF JUDITH IBBOTSON, and BRIAN IBBOTSON,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES, INC.; MYLAN TECHNOLOGIES, INC.; WATSON LABORATORIES, INC.; MYLAN, INC.; and DOES 2 through 6, inclusive,<br><br>Defendants. | CASE NO:   2:10-cv-01123<br><br>EX PARTE MOTION FOR EXTENSION OF TIME TO ALLOW PLAINTIFFS TO FILE A RESPONSE TO THE MYLAN DEFENDANTS' MOTION TO DISMISS<br><br>(SECOND REQUEST) |

Pursuant to F.R.C.P. 6-1 and 6-2, Defendants Mylan Laboratories, Inc., Mylan Technologies, Inc. and Mylan, Inc. ("Mylan Defendants") file their Unopposed Motion for a one week extension of time to allow Plaintiffs to file their response to Defendants Mylan, Inc., Improperly Named as Mylan Laboratories, Inc., and Mylan Technologies, Inc.'s Motion to Dismiss. This is the second request for an extension to file the response, the first made by Mylan Defendants.

1. On July 8, 2010, the Mylan Defendants removed this case from the District Court of Clark County, Nevada, contending that the sole non-Mylan Defendant (Watson Laboratories, Inc.) had been fraudulently joined to defeat diversity jurisdiction.

2. On July 15, the Mylan Defendants filed their Rule 12(b)(6) Motion to Dismiss, contending

1  that the Plaintiffs' Amended Complaint failed to state a claim for relief against them.

2      3.    Plaintiffs' response to the motion to dismiss was due August 2, 2010. Plaintiffs filed an Ex

3  Parte Motion for Extension of Time requesting a one-week extension of time – until August 9 – to file their

4  response on August 2. The extension was granted.

5      4.    The parties seek additional time to resolve the motion without need for Court intervention

6  and therefore seek an additional one-week extension of time – until August 16 – for Plaintiffs to file their

7  response. Counsel for Plaintiffs are unopposed to the extension. The parties are close to reaching a resolution

8  but require a brief extension.

9      5.    This motion is made because counsel agreed at the last moment that Plaintiffs' counsel could

10 have additional time to file their response, but due to the shortness of time, a formal stipulation has not been

11 signed.

12     6.    For these reasons, Mylan Defendants request that the Court granted this Motion and granted

13 Plaintiffs a one-week extension, to and including August 16, 2010, within which to file their response to the

14 Mylan Defendants Motion to Dismiss.

15 DATED this ___9th___ day of August, 2010

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

BY: _____
Michael M. Edwards, Esq.
Nevada Bar No. 006281
Jennifer Willis Arledge, Esq.
Nevada Bar No. 008729
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Attorneys for Defendants MYLAN INC.;
MYLAN PHARMACEUTICALS
INC. AND MYLAN TECHNOLOGIES INC.

**IT IS SO ORDERED**

Dated: August 13, 2010.

_____
UNITED STATES DISTRICT JUDGE

190147.1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and that on this 9th day of August, 2010 I electronically filed and served a true and correct copy of the foregoing **EX PARTE MOTION FOR EXTENSION OF TIME TO ALLOW PLAINTIFFS TO FILE A RESPONSE TO THE MYLAN DEFENDANTS' MOTION TO DISMISS** to all parties on file with the CM/ECF.

Neil G. Galatz, Esq.
Neil G. Galatz & Associates
428 South Fourth Street
Las Vegas, NV 89101
Attorneys for Plaintiffs

Joshua M. Dickey, Esq.
Bailey Kennedy, LLP
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Attorneys for Defendant Watson Laboratories, Inc.

BY _/s/ [signature]_____
An Employee of
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

190147.1