```
1  MICHAEL M. EDWARDS
   Nevada Bar No. 006281
2  JENNIFER WILLIS ARLEDGE
   Nevada Bar No. 008729
3  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
4  300 South Fourth Street, 11th Floor
   Las Vegas, NV  89101
5  (702) 727-1400; FAX (702) 727-1401
   Michael.Edwards@wilsonelser.com
6  Jennifer.Arledge@wilsonelser.com
   Attorneys for Defendants MYLAN INC.;
7  MYLAN PHARMACEUTICALS INC.;
   AND MYLAN TECHNOLOGIES INC.
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TREVOR IBBOTSON, individually and as Special Administrator of the ESTATE OF JUDITH IBBOTSON, and BRIAN IBBOTSON<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN LABORATORIES, INC.; MYLAN TECHNOLOGIES, INC.; WATSON LABORATORIES, INC.; MYLAN, INC.; and DOES 2 through 6, inclusive,<br><br>Defendants. | CASE NO: 2:10-CV-01123-PMP-LRL |

## ORDER

AND NOW, this _ 17th day of August, 2010,   , upon consideration of Plaintiffs and the Mylan Defendants' Motion for Voluntary Dismissal of the Mylan Defendants, it is ORDERED that Mylan Inc., Mylan Laboratories Inc. and Mylan Technologies Inc. are DISMISSED, without prejudice, subject to the following conditions:

(1) If Plaintiffs elect to re file this action, the date of re filing shall relate back to the date of filing of the Plaintiffs' Original Complaint of May 12, 2010; and

(2) If Plaintiffs elect to re file this action against the Mylan Defendants, they must do so in the United States District Court for the District of Nevada.

**IT IS SO ORDERED.**

Dated: August 17, 2010.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MICHAEL M. EDWARDS
Nevada Bar No. 006281
JENNIFER WILLIS ARLEDGE
Nevada Bar No. 008729
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Michael.Edwards@wilsonelser.com
Jennifer.Arledge@wilsonelser.com
Attorneys for Defendants MYLAN INC.;
MYLAN PHARMACEUTICALS INC.;
AND MYLAN TECHNOLOGIES INC.

191268.1