NEIL G. GALATZ, ESQ.
NEVADA BAR NO. 3
NEIL G. GALATZ & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101
Telephone:  (702) 386-0000
Facsimile:  (702) 386-0006
E-Mail:    neilgalatz@aol.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TREVOR IBBOTSON, individually and as Special Administrator of the ESTATE OF JUDITH IBBOTSON, and BRIAN IBBOTSON,<br><br>Plaintiffs,<br><br>vs.<br><br>MYLAN LABORATORIES, INC.; MYLAN TECHNOLOGIES, INC.; WATSON LABORATORIES, INC.; MYLAN, INC.; and DOES 2 through 6, inclusive,<br><br>Defendants. | CASE NO.:   2:10-CV-01123-PMP-LRL<br><br>**ORDER GRANTING<br>PLAINTIFFS' MOTION<br>TO REMAND TO<br>STATE COURT** |

On the 18th day of October, came on to be considered Plaintiffs' Motion to Remand to State Court. No objection having been filed, and the Court, being fully apprised in the premises, and good cause appearing, is of the opinion that said Motion should be Granted. It is, therefore,

. . . .

. . . .

ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion to Remand to State Court be and the same is hereby Granted.

DATED this _ 20th day of October, 2010.

*[signature]*

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

NEIL G. GALATZ & ASSOCIATES

By: *[signature]*
_____
NEIL G. GALATZ, ESQ.
Nevada Bar No. 3
428 South Fourth Street
Las Vegas, NV 89101
(702) 386-0000
Attorneys for Plaintiffs

NEIL G. GALATZ & ASSOCIATES
428 South Fourth Street • Las Vegas, Nevada 89101
Telephone (702) 386-0000   Facsimile (702) 386-0006

C:\Documents and Settings\Lu Smith\My Documents\IBBOTSON\PLDGS\M Remand ORDG.wpd        2